UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x
UNITED STATES OF AMERICA,

            -v.-

OMAR MIRANDA OLEA,

            Defendant.
-----------------------------------------x

District Court
06 CR 233 (ADS)

Circuit Court
No. 06-4570 -cr

**APPEARANCES:**

    **ROSLYNN R. MAUSKOPF**
    United States Attorney of the
    Eastern District of New York
    By:   DEMETRI JONES
           Assistant United States Attorney
           of counsel

    **STEVEN M. STATSINGER**
    Federal Defenders, Appeals Bureau
    Attorney for the Defendant
    52 Duane Street, 10th Floor
    New York, NY 10007

By a Summary Order dated June 18, 2007, the United States Circuit Court for the Second Circuit remanded the appeal by the defendant to the District Court to answer the following question:

    Assuming that the district court had concluded,

    (1) that the total number of people transported by Olea was between 25 to 99 rather than 100 or more; and

    (2) that there was insufficient evidence to find that the truck involved in this case was not rated to carry the number of people who were transported;

P-049

what is the sentence that the district court would have imposed?

The answer to this question is 18 months.

Dated: Central Islip, New York
June 20, 2007

_____
ARTHUR D. SPATT
United States District Judge

2